Monica WILLIAMS–HARVEST,
Plaintiff–Appellant,

v.

WAL–MART STORES, INC., dba Wal–Mart Supercenter Store No. 2592,
Defendant–Appellee.

No. 11–17324.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 11, 2013.*

Filed Feb. 14, 2013.

Monica Williams–Harvest, N. Las Vegas, NV, pro se.

Brenda H. Entzminger, Jennifer Lynn Lewkowski, Phillips Spallas & Angstadt LLC, Las Vegas, NV, for Defendant–Appellee.

Before FERNANDEZ, TASHIMA, and WARDLAW, Circuit Judges.

MEMORANDUM **

Monica Williams–Harvest appeals pro se from the district court's summary judg-

ment for defendant Wal–Mart Stores, Inc. ("Wal–Mart") in her diversity action arising from a slip and fall at a North Las Vegas supermarket. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, and may affirm on any basis supported by the record. *Video Software Dealers Ass'n v. Schwarzenegger,* 556 F.3d 950, 956 (9th Cir.2009). We affirm.

Summary judgment for Wal–Mart was proper because Williams–Harvest failed to raise a genuine dispute of material fact as to whether Wal–Mart Store No. 2592 had actual or constructive notice of a slippery area of the floor, *see Sprague v. Lucky Stores, Inc.,* 109 Nev. 247, 849 P.2d 320, 322–23 (1993) (per curiam), or whether the area where she fell was so foreseeably dangerous that Wal–Mart's regular safety sweeps were insufficient, *see FGA, Inc. v. Giglio,* 278 P.3d 490, 496–97 (Nev.2012).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.